| | |
|---|---|
| 1 | **COHELAN KHOURY & SINGER** |
| 2 | Isam C. Khoury (SBN 58759)<br>ikhoury@ckslaw.com |
| 3 | Michael D. Singer (SBN 115301)<br>msinger@ckslaw.com |
| 4 | Maggie K. Realin (SBN 263639)<br>mrealin@ckslaw.com |
| 5 | Rosemary C. Khoury (SBN 331307)<br>rkhoury@ckslaw.com |
| 6 | 605 C Street, Suite 200 |
| 7 | San Diego, CA 92101<br>Telephone:    (619) 595-3001 |
| 8 | Facsimile:    (619) 595-3000 |

Attorneys for Plaintiffs Daniel Grosso and Valencia Jefferson on behalf of themselves and all others similarly situated

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| DANIEL GROSSO and VALENCIA JEFFERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company; ME SPE FRANCHISING, LLC, a Delaware Limited Liability Company; MASSAGE ENVY FLW, LLC, an Arizona Limited Liability Company; ME HOLDING CORPORATION, a Georgia Corporation; ME FUNDING, LLC, a Delaware Limited Liability Company; ME SPE HOLDCO, LLC, a Delaware Limited Liability Company; MASSAGE ENVY CLINIC OPERATIONS, LLC, an Arizona Limited Liability Company; MASSAGE ENVY LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-05585-JST<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Complaint Filed:   August 21, 2024<br>Trial date:             Not set |

Joint Stipulation to Dismiss Action With Prejudice          Case No. 4:24-cv-05585-JST

Plaintiffs DANIEL GROSSO and VALENCIA JEFFERSON ("Plaintiffs") and Defendants MASSAGE ENVY FRANCHISING, LLC, ME SPE FRANCHISING, LLC, MASSAGE ENVY FLW, LLC, ME HOLDING CORPORATION, ME FUNDING, LLC, ME SPE HOLDCO, LLC, MASSAGE ENVY CLINIC OPERATIONS, LLC, and MASSAGE ENVY, LLC ("Defendants," and with Plaintiffs, the "Parties"), through counsel, hereby dismiss this action with prejudice as to the named Plaintiffs and without prejudice as to the putative class members. Fed. R. Civ. P. 41(a)(1)(A)(ii).

COHELAN KHOURY & SINGER

Dated: January 7, 2026     By   s/Rosemary C. Khoury
                                Isam C. Khoury
                                Michael D. Singer
                                Maggie K. Realin
                                Rosemary C. Khoury
                                Attorneys for Plaintiffs DANIEL GROSSO and
                                VALENCIA JEFFERSON, on behalf of themselves
                                and all others similarly situated

Dated: January 7, 2026     By   s/Luanne Sacks
                                SACKS & SCOTT
                                Luanne Sacks
                                Mike Scott

                                GIBSON, DUNN & CRUTCHER LLP
                                Kahn A. Scolnick
                                Alicia S. Mahalingam
                                Attorneys for Defendants

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: January 7, 2026     By   s/Rosemary C. Khoury
                                Rosemary C. Khoury
                                Attorneys for Plaintiffs DANIEL GROSSO and
                                VALENCIA JEFFERSON, on behalf of themselves
                                and all others similarly situated

**PROOF OF SERVICE**

*Grosso, et al. v. Massage Envy Franchising, LLC, et al.*/U.S.D.C. Case No. 3:24-cv-05585

I, Karla Sousa, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 C Street, Suite 200, San Diego, CA 92101. On January 7, 2026, I instituted service of the foregoing document(s) described as:

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

on the following parties:

| **Counsel for Defendants** | |
|---|---|
| Luanne Sacks, Esq. | Kahn A. Scolnick, Esq. |
| lsacks@sacksandscott.com | kscolnick@gibsondunn.com |
| Mike Scott, Esq. | Alisha Mahalingam, Esq. |
| mscott@sacksandscott.com | agill@gibsondunn.com |
| 5114 Point Fosdick Drive | GIBSON DUNN & CRUTCHER LLP |
| Suite F, PMB 1095 | 333 South Grand Avenue |
| Gig Harbor, WA 98335 | Los Angeles, CA 90071-3197 |
| Telephone: (415) 518-3391 | Telephone: (213) 229-7000 |

in the following manner:

Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cand.uscourts.gov.; Service will be deemed effective as provided for by Civil Local Rule 5-1 of the District Court of California, Northern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed January 7, 2026, at San Diego, California.

*/s/ Karla Sousa*
Karla Sousa